**Order entered July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00857-CV

### IN RE CHAD ALAN VANDERBEEK, Relator

**Original Proceeding from the County Court at Law No. 7
Collin County, Texas
Trial Court Cause No. 007-82251-2017**

## ORDER
Before Justices Lang-Miers, Evans, and Stoddart

Based on the Court's opinion of this date, we **DISMISS** relator's July 21, 2017 petition

for writ of mandamus for want of jurisdiction.


/s/     DAVID EVANS
        JUSTICE